AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EXETER FINANCE, INC.,

                                                  JUDGMENT IN A CIVIL CASE

            V.                              CASE NUMBER: 4:22-cv-285

SHAMAL A. CREIGHTON,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 6, 2024, Exeter Finance, Inc.'s Motion for Default Judgment is granted. The Court declares that Exeter Finance may sell the vehicle that is the subject of Plaintiff's Complaint (the 2013 Honda Civic with vehicle identification number ending in 4665) in accordance with the Retail Installment Services Contract attached to Plaintiff's Complaint. This case stands closed.

Approved by: _[signature]_

February 13, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020